# INDEX TO APPENDIX
## ORPHANS' COURT AND REGISTER OF WILLS FORMS
## ADOPTED BY SUPREME COURT
## PURSUANT TO Pa. O.C. Rule [1.3] **1.8**

### Available as Fill-in Forms on Website
### of Administrative Office of Pennsylvania Courts
http://www.pacourts.us/Forms/OrphansCourtForms.htm

### Orphans' Court and Administration Forms

A. **Audit and Administration Forms**

1. **Decedent's Estate:** Petition for Adjudication **/Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4** [– **Decedent's Estate (Pa. O.C. Rule 6.9)**] ....OC-01

2. **Trust:** Petition for Adjudication **/Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4** [– **Trust Estate (Pa. O.C. Rule 6.9)**].................................OC-02

3. **Guardianship of Incapacitated Person:** Petition for Adjudication **/Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4** [– **Guardian of Estate of Incapacitated Person (Pa. O.C. Rule 6.9)**]......................................................OC-03

4. **Guardianship of Minor:** Petition for Adjudication **/Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4** [– **Guardian of Estate of Minor (Pa. O.C. Rule 6.9)**] ...........................................................................OC-04

5. **Principal's Estate (Under Power of Attorney):** Petition for Adjudication/**Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4** [– **Principal's Estate under POA (Pa. O.C. Rule 6.9)**] ...................................OC-05

6. Notice of Charitable Gift **(In Accordance with Pa. O.C. Rule 4.4)** [(Pa. O.C. Rule 5.5 )] ...................................................................................................OC-06

7. Notice of Claim ...................................................................................OC-07

B. **Guardianship Forms**

1. Important Notice - Citation with Notice (Pa. O.C. Rule 14.5)............................. G-01

2. Annual Report - Guardian of Estate ................................................................. G-02

3. Annual Report - Guardian of Person ................................................................. G-03

4. Guardian's Inventory ........................................................................................ G-04

5. **Guardianship of Incapacitated Person:** Petition for Adjudication/**Statement of**

**Proposed Distribution Pursuant to Pa. O.C. Rule 2.4** [– Guardian of Estate of Incapacitated Person]..................................................................OC-03[*]

6. **Guardianship of Minor:** Petition for Adjudication/**Statement of Proposed Distribution Pursuant to Pa. O.C. Rule 2.4** [– Guardian of Estate of Minor] ....................................................................................................OC-04[**]

C. **Abortion Control Act Forms**

1. Minor's Application for Judicial Authorization of an Abortion (Pa. O.C. Rule 16.10)..............................................................ACA-01

2. Confidential Unsworn Verification by a Minor (Pa. O.C. Rule 16.10)............ACA-02

---

[*] Form OC-3 is not reprinted here and is located under Audit and Administration Forms at No. 3.
[**] Form OC-4 is not reprinted here and is located under Audit and Administration Forms at No. 4.

**D. Register of Wills Forms**

1. Estate Information Sheet ................................................................RW-01
(Not adopted by Supreme Court; form promulgated by Department of
Revenue and maintained with Register of Wills forms for convenience)

2. Petition for Grant of Letters ...........................................................RW-02

3. Oath of Subscribing Witness(es) ...................................................RW-03

4. Oath of Non-subscribing Witness(es) ............................................RW-04

5. Oath of Witness(es) to Will Executed by Mark............. ................RW-05

6. Renunciation ................................................................................RW-06

7. **Notice of Estate Administration Pursuant to Pa. O.C. Rule 10.5 [Pa. O.C. Rule 5.6 Notice]**
................................................................................RW-07

8. Certification of Notice under Pa. O.C. Rule **[5.6(a)] 10.5** ................RW-08

9. **[Estate]** Inventory ......................................................................RW-09

10. Pa. O.C. Rule **[6.12] 10.6** Status Report .........................................RW-10

**E. Model Forms of Account**

1. National Fiduciary Accounting Standards Project –
1983 Report of Fiduciary Accounting Standards Committee

2. Model Estate Account

3. Model Trust Account

4. Model Charitable Remainder Unitrust Account

**F. [Foreign] Adoption Forms**

1. **Notice of Orphans' Court Proceedings to be Filed With Clerk in Dependency Proceeding by Solicitor of County Agency (Pa. O.C. Rule 15.6(b)**

    a. **Praecipe to Clerk in Dependency Proceeding of Filing of a Petition to Terminate Parental Rights, Confirm Consent, or Adopt**

    b. **Praecipe to Clerk in Dependency Proceeding of Entry of Decision Disposing of Petition**

    c. **Praecipe to Clerk in Dependency Proceeding of Filing of Notice of Appeal**

**d. Praecipe to Clerk in Dependency Proceeding of Entry of Decision Disposing of Appeal**

**2.[1.] Foreign Adoption Forms**

    **a.** [Registration] Form[s] **for Registration of Foreign Adoption Decree** [–] (Pa. O.C. Rule 15.8**), including Instructions for Filing Petition, Petition to Register Foreign Adoption Decree, and Proposed Final Decrees**

    [a. **Petition to Register Foreign Adoption Decree**

    b. **Final Decree – Granted**

    c. **Final Decree – Denied**

    d. **Instructions for Filing Petition**]

[2.] **b.** [Completion of Foreign Adoption Forms] **Form Petition for Adoption of a Foreign Born Child** [–] (Pa. O.C. 15.9**), including the Petition for Adoption of a Foreign Born Child, Report of the Intermediary, Verification of Translator, Preliminary Decree, and Final Decree**

    [a. **Preliminary Decree**

    b. **Final Decree**

    c. **Petition for Adoption of a Foreign Born Child**

    d. **Report of the Intermediary**

    e. **Verification of Translator**]

# DECEDENT'S ESTATE

## COURT OF COMMON PLEAS OF

## ORPHANS' COURT DIVISION

ESTATE OF_____, DECEASED

No. _____

## PETITION FOR ADJUDICATION /
## STATEMENT OF PROPOSED DISTRIBUTION
## PURSUANT TO Pa. O.C. Rule 2.4

*This form shall be used in all cases involving the Audit or Confirmation of the Account of a Decedent's Estate. If space is insufficient, riders may be attached. Attach the papers required under items 1, 2, 4, 8, 10, 16-19, as applicable, and any instrument pertinent to the adjudication.*

## *INCLUDE ATTACHMENTS AT THE BACK OF THIS FORM.*

Name of Counsel: _____

Supreme Court I.D. No.: _____

Name of Law Firm: _____

Address: _____

_____

Telephone: _____

Fax: _____

Email: _____

Estate of_____, Deceased

1. Name(s) and address(es) of Petitioner(s):

       Petitioner:                   Petitioner:

*Name:*   _____   _____

*Address:*  _____   _____

         _____   _____

Identify any Executors or Administrators who have not joined in the Petition for Adjudication/Statement of Proposed Distribution and/or the Account and state reason:

_____

_____

Is this the first accounting for this estate? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes ☐No

    If not, identify prior accountings, the accounting periods covered, and the dates of adjudication of the prior accountings.

    _____

    _____

    _____

Pursuant to 20 Pa.C.S. § 3501.2, if property from a trustee, guardian, or agent acting under a power of attorney is being received into the estate, an Account of the administration of such trust, guardianship, or principal's estate may be annexed to the Estate Account. Is any such Account annexed to this Estate Account? . . . . . . . . . . . .. . . . . . . . . . ☐Yes ☐No

If so, the annexed Account and the appropriate fully completed Petition for Adjudication/ Statement of Proposed Distribution for the annexed matter should be filed as Exhibits to this Petition.

2. Decedent died on _____.

   ☐Letters Testamentary *or* ☐Letters of Administration were granted to Petitioner(s) on

_____.

    Date of Will *(if applicable)*: _____

    Date(s) of Codicil(s) *(if applicable)*:—_____

    Date of probate *(if different from date Letters granted)*:—_____

    Was a bond required?☐ Yes ☐No If yes, state amount: _____
    Are proofs of advertising of the grant of Letters attached? . . . . . . . . . ☐Yes ☐No

    Dates of advertising of the grant of Letters:

_____

_____

Estate of_____, Deceased

3. Was decedent survived by a spouse? ............................ ☐Yes  ☐No

    If yes, name of the surviving spouse:_____

4. Has the surviving spouse filed to take an elective share? ........ ☐Yes ☐No ☐N/A
   *(see 20 Pa.C.S. § 2201 et seq.)*

    If yes, attach a copy of the election and state date of election:_____

5. In the case of an intestacy, state the names of the decedent's surviving children or surviving issue of deceased children *(if none, so state)*:

    _____

    _____

    _____

    _____

    _____

6. Did decedent marry after execution of Will or Codicil(s)? ............☐Yes ☐No ☐ N/A

    Were any children born to decedent after execution of
    Will or Codicil(s)? .................................☐Yes☐No ☐ N/A

    If yes, give names and dates of birth:

        *Name:*                       *Date of Birth:*

        _____       _____

        _____       _____

        _____       _____

        _____       _____

7. Was a request for a statement of claim, as required by the Medical Assistance Estate Recovery Act, 62 P.S. § 1412, sent to the Department of Human Services? ............................☐Yes  ☐No ☐N/A

8. Written notice of the Account's filing as required by Pa. O.C. Rule 2.5 has been or will be given to all interested parties listed in item 9 below, all unpaid creditors and all claimants listed in item 10 below. In addition, notice of any questions requiring adjudication as discussed in item 15 below has been or will be given to all persons affected thereby. If one of the beneficiaries is a trust or another estate and any of the accountants is also a fiduciary of the receiving trust or estate, provide written notice of the Account's filing to the beneficiaries of the trust or receiving estate, as applicable, if known.

    A. If Notice has been given, attach a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice.

    B. If Notice is yet to be given, a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions together with a statement executed by a Petitioner or counsel certifying that such Notice has been given.

    C. If any such interested person is not *sui juris* (*e.g.*, minors or incapacitated persons), Notice has been or will be given to the appropriate representative on such party's behalf as required by Pa. O.C. Rule 4.2.

    D. If any charitable interest is involved, Notice has been or will also be given to the Attorney General as required under Pa. O.C. Rule 4.4. In addition, the Attorney General's clearance certificate (or proof of service of Notice and a copy of such Notice) must be submitted herewith or at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions.

9. List all parties (charitable and non-charitable) of whom Petitioner(s) has/have notice or knowledge, having or claiming any interest in the estate as beneficiaries under the Will (if beneficiary is a trust, name the trust and trustee as the Interested Party ) or Codicil(s) or as intestate heirs if there is a complete or partial intestacy. This list shall:

    A. State each party's relationship to the decedent and the nature of each party's interest(s):

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
| | | |
| | | |

Estate of _____, Deceased

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
|  |  |  |
|  |  |  |

B. Identify each party who is not *sui juris* (*e.g.*, minors or incapacitated persons). For each such party, give date of birth, the name of each Guardian and how each Guardian was appointed. If no Guardian has been appointed, identify the next of kin of such party, giving the name, address and relationship of each.

_____

_____

_____

_____

_____

_____

_____

_____

C. State why a Petition for Guardian/Trustee *Ad Litem* has or has not been filed *(see Pa. O.C. Rule 5.5)*.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    D. If distribution is to be made to the personal representative of a deceased party, state date of death, date and place of grant of Letters and type of Letters granted.

_____

_____

_____

_____

_____

_____

_____

_____

10.    Other than the claim for the family exemption, list the names of all known claimants and the amount of their claims and state whether each claim is admitted.

| Name and Address of Each Claimant | Amount of Claim | Claim Admitted? | Will Claim Be Paid In Full? |
|---|---|---|---|
| | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No | ☐ Yes ☐ No |

If the estate is insolvent, attach a schedule setting forth the order of preference under 20 Pa.C.S. § 3392 and the proposed payments.

Estate of_____, Deceased

11. Was family exemption claimed? ....................................... ☐Yes ☐No

    Was family exemption allowed? ....................................... ☐Yes ☐No

    Family exemption claimant's name and relationship:

    *Name:* _____ *Relationship:*_____

12. The amount of Pennsylvania Transfer Inheritance Tax paid, the date(s) of payment(s), and
    the interest(s) upon which paid, are as follows:

    *Date*                          *Payment*                        *Interest*

    _____       _____        _____

    _____       _____        _____

    _____       _____        _____

13. On the date of death, was the decedent a fiduciary
    (personal representative, trustee, guardian, agent under power
    of attorney) or surety on the bond of a fiduciary? .................. ☐Yes ☐No

    If yes, provide the name of the estate, indicate whether an Account has been filed and
    confirmed and all awards performed, or, in the alternative, how the decedent's
    estate will be discharged for the decedent's fiduciary administration of the estate.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

14. On the date of death, was the decedent a party (as a
    plaintiff or defendant) in any litigation? ......................... ☐Yes ☐No

    If yes, provide the caption of the litigation, docket number, where the matter is
    currently pending, and its status.

    _____
    _____
    _____
    _____
    _____
    _____

15. A. Describe in detail any questions requiring adjudication and state the position of the
       Petitioner(s) as to each question:

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

    B. Has notice of the question requiring adjudication been given
       to the parties identified in Paragraph 9 above? .............. ☐Yes ☐No

16. If Petitioner(s) has/have knowledge that a share has been assigned, renounced, disclaimed
    or attached, provide a copy of the assignment, renunciation, disclaimer or attachment,
    together with any relevant supporting documentation.

    _____
    _____
    _____
    _____
    _____

Estate of_____, Deceased

17. Had the decedent been adjudicated an incapacitated person? .......... ☐Yes ☐No

   If yes, attach a copy of the Order if available; otherwise state the Court, docket
   number, date, and name of Hearing Judge.

   _____
   _____
   _____
   _____

18. A. List or attach a separate list of additional receipts and disbursements since the closing
   date of the Account.

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

   B. Has notice of the additional receipts and disbursements been
   given to the parties identified in Paragraph 9 above? ............. ☐Yes ☐No

19. If a reserve is requested, state amount and purpose.

   *Amount:*_____

   *Purpose:* _____
   _____
   _____
   _____

   If a reserve is requested for counsel fees, has notice of the
   amount of fees to be paid from the reserve been given to the
   interested parties ? .................................... ☐Yes ☐No

   If so, attach a copy of the notice.

Estate of_____, Deceased

20. If prescribed by local rule as permitted by Pa. O.C. Rule 2.9, is the
Court being asked to direct the filing of a Schedule of Distribution?......☐Yes ☐No

As to real estate only? .................................☐Yes ☐No

Wherefore, your Petitioner(s) ask(s) that distribution be awarded to the parties entitled and suggest(s) that the distributive shares of income and principal (residuary shares being stated in proportions, not amounts) are as follows:

A. Income:

*Proposed Distributee(s)*                                           *Amount/Proportion*

_____                    _____

_____                    _____

_____                    _____

B. Principal:

*Proposed Distributee(s)*                                           *Amount/Proportion*

_____                    _____

_____                    _____

_____                    _____

Submitted By:
*(All petitioners **must** sign. Place additional signatures on attachment if necessary):*

Corporate Fiduciary (if applicable)

_____                    _____
Name of Corporate Fiduciary                Name of Petitioner

_____                    _____
Name of Representative and Title           Signature of Petitioner

_____                    _____
Signature of Officer/Representative        Name of Petitioner

                                           _____
                                           Signature of Petitioner

Estate of _____ , Deceased

(Verification must be by **at least one** petitioner.)

## Verification for Individual Petitioner

The undersigned hereby verifies that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____          _____
Date                                                                Signature of Petitioner

## Verification for Corporate Petitioner

The undersigned hereby verifies that *he/she* _____ is *title* _____ of the above-named *name of corporation* _____ and that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____          _____
Date                                                                Signature of Representative for Corporate Petitioner

## Certification of Counsel

The undersigned counsel hereby certifies that the foregoing Petition for Adjudication/ Statement of Proposed Distribution is a true and accurate reproduction of the form Petition authorized by the Supreme Court, and that no changes to the form have been made beyond the responses herein.

_____          _____
Date                                                                Signature of Counsel for Petitioner

# TRUST

COURT OF COMMON PLEAS OF


ORPHANS' COURT DIVISION

NAME OF TRUST

*(TRUST UNDER WILL OF* _____

*or*

*TRUST UNDER DEED OF* _____

*DATED* _____ )

No. _____


### PETITION FOR ADJUDICATION /
### STATEMENT OF PROPOSED DISTRIBUTION
### PURSUANT TO Pa. O.C. Rule 2.4


*This form shall be used in all cases involving the Audit or Confirmation of Trust Accounts. If space is insufficient, riders may be attached. Attach the papers required under items 2, 4, 15-19, as applicable, and any instrument pertinent to the adjudication.*


### *INCLUDE ATTACHMENTS AT THE BACK OF THIS FORM.*


Name of Counsel: _____

Supreme Court I.D. No.: _____

Name of Law Firm: _____

Address: _____

_____

Telephone: _____

Fax: _____

Email: _____

Name of Trust:_____

   1.  Name(s) and address(es) of Petitioner(s):

        Petitioner:                    Petitioner:

   *Name:*   _____   _____

   *Address:*  _____   _____

                   _____   _____

Identify any Trustees who have not joined in the Petition for Adjudication/Statement of Proposed Distribution and/or the Account and state reason:

_____

_____

_____

   2.  Pursuant to 20 Pa.C.S. § 7799.1, if property from a personal representative or a trustee of another trust is being received by this Trust, an Account of the administration of such estate or trust may be annexed to the Trust Account. Is any such Account annexed to this Trust Account? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

If so, the annexed Account and the appropriate fully completed Petition for Adjudication/Statement of Proposed Distribution for the annexed matter should be filed as Exhibits to this Petition.

   3.  Check if any of the following issues are involved in this case:

       A.  Appointment of Trustee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

       B.  Interpretation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

       C.  Discharge of Trustee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

       D.  Transfer of Situs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

       E.  Appointment of *Ad Litem* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

       F.  Minor, Unborn or Unascertained Beneficiary(ies) . . . . . . . . . . . . . . . . . . ☐

       G.  Principal Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

       H.  Partial/Full Termination of Trust . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

       I.  Missing Beneficiary(ies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

       J.  *Cy Pres* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

       K.  Other Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐
           List:

       _____

       _____

       _____

       _____

Name of Trust:_____

> *Please note:*
> **A detailed explanation of issues checked should be set forth at item 15 below.**

4. **Testamentary Trust:**

     Decedent's date of death: _____

     Date of Decedent's Will: _____

     Date(s) of Codicil(s): _____

     Date of probate: _____

     Judicial District or County where Letters were issued:_____
     *or*

*Inter Vivos* **Trust:**

     Date of Trust:_____

     Date(s) of Amendment(s):_____

     If Settlor is deceased and letters were not issued or the personal representative did not advertise the estate, state dates when the Trustee advertised Settlor's death and attach proofs of advertising:

     _____

     _____

     Is this inter vivos trust a Special Needs Trust established under
     42 U.S.C. § 1396p(d)(4)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes ☐No

5. Explain why venue is proper before this Court *(see 20 Pa.C.S. § 7714)*, and why the Trust's situs is located in this judicial district or county *(see 20 Pa.C.S. § 7708)*.

     _____

     _____

     _____

     _____

     _____

6. A. If any other Court has taken jurisdiction of any matter relating to this Trust, explain:

     _____

     _____

     _____

     _____

     _____

     B. Is this the first accounting of this Trust? . . . . . . . . . . . . . . . . . . . . . . . ☐Yes ☐No

Name of Trust:_____

    C. If not, identify prior accountings, the accounting periods covered, and the dates of adjudication of the prior accountings.

_____
_____
_____
_____
_____
_____

7.  A. State how each Trustee was appointed:

_____
_____
_____
_____
_____
_____

    B. If a Petitioner is not a Trustee (e.g., executor or administrator of deceased trustee, agent or guardian of an incapaciated trustee), explain:

_____
_____
_____
_____
_____
_____

8. State how and when the present fund was awarded to Trustee(s):

_____
_____
_____
_____
_____
_____

9. Period covered by this Account: _____ to _____.

10. Current fair market value of the Trust principal is $_____ *(see page* _____ *of Account.)*

11. State concisely the dispositive provisions of the Trust:

_____
_____
_____
_____
_____
_____

Name of Trust:_____

12. Explain the reason for filing this Account (if filed because of the death of a party, state name of person, relationship to Trust and date of death):

_____
_____
_____
_____
_____
_____

13. A.  State the amount of Pennsylvania Transfer Inheritance Tax paid (including postponed tax on remainder interests), the dates of payment and the interests upon which such amounts were paid:

*Date*                          *Payment*                        *Interest*

_____          _____          _____

_____          _____          _____

_____          _____          _____

B.  If any such taxes remain unpaid or are in dispute, explain:

_____
_____
_____
_____
_____
_____

14. Describe any questions requiring adjudication and state the position of Petitioner(s) as to each question and give details of any issues identified in item 3:

_____
_____
_____
_____
_____

15. Written notice of the Account's filing as required by Pa. O.C. Rule 2.5 has been or will be given to all interested parties listed in item 16 below. If any person is being asked to represent the interests of another interested party (whether *sui juris* or not), the person asked to serve as a representative has been so notified and given an opportunity to decline pursuant to 20 Pa.C.S. § 7725. In addition, notice of any questions requiring adjudication as discussed in item 14 above has been or will be given to all persons affected thereby. If one of the beneficiaries is a trust or estate and any of the accountants is also a fiduciary of the receiving trust or estate, provide written notice of the Account's filing to the beneficiaries of the receiving trust or estate, as applicable, if known.

Name of Trust:_____

    A. If Notice has been given, attach a copy of the Notice as well as a list of the names and addresses of the parties receiving such notice. Unless contained in the attached Notice, attach a copy of the written notice provided to any person who is being asked to represent another or attach such person's consent to serve.

    B. If Notice is yet to be given, a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions together with a statement executed by Petitioner(s) or counsel certifying that such Notice has been given. Unless contained in the Notice or previuosly attached, a copy of the written notice provided to any person who is being asked to represent another or such person's consent to serve shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions.

    C. If any such interested party is not *sui juris* (*e.g.*, minors or incapacitated persons), Notice has been or will be given to the appropriate representative on such party's behalf as required by Pa. O.C. Rule 4.2.

    D. If any charitable interest is involved, Notice has been or will also be given to the Attorney General as required under Pa. O.C. Rule 4.4. In addition, the Attorney General's clearance certificate (or proof of service of Notice and a copy of such Notice) must be submitted herewith or at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions.

    E. If the Account before the Court is a Special Needs Trust established under 42 U.S.C. § 1396p(d)(4), Notice has been or will also be given to the Pennsylvania Department of Human Services, Special Needs Trust Depository and to the applicable department of any other state that has provided the special needs beneficiary with medical care under a state medical assistance program ("Department"). In addition, the Department's letter of no objection (or proof of service of Notice and a copy of such Notice) must be submitted herewith or at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions.

16. List all parties of whom Petitioner(s) has/have notice or knowledge, having or claiming any interest in the Trust (if beneficiary is a trust, name the trust and trustee as the Interested Party), whether such interest is vested or contingent, charitable or non-charitable. This list shall:

    A. State each party's relationship to the Settlor/Decedent and the nature of each party's interest(s);

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Name of Trust:_____

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
| | | |
| | | |

B.  If any interested party (whether *sui juris* or not) is not receiving Notice of the filing of the Account and the Petition for Adjudication/Statement of Proposed Distribution because another individual is proposed to represent such interested party pursuant to 20 Pa.C.S. §§ 7721-7726, provide the information below for each proposed representative.  If there is more than one proposed representative, attach a rider setting forth the information below for each additional proposed representative:

(i)  Name of Proposed Representative: _____

Describe Proposed Representative's Interest(s) in Trust:

_____
_____
_____

Name of the interested parties or description of the class of interested parties whom the person named above is to represent and describe such persons' interest in Trust:

_____
_____
_____

(ii)  Has any person who is proposed to be represented as identified in the question above notified a Trustee in writing that he or she objects to such representation? ........................ ☐Yes  ☐No

If yes, provide Name(s) of Person(s) objecting to being represented:

_____
_____
_____

(iii)  Specify the subparagraph(s) under 20 Pa. C.S. § 7723 authorizing representation:

_____

(iv)  Is there any conflict of interest? ........................ ☐Yes  ☐No

If yes, explain conflict and why representation should be permitted:

_____
_____
_____

Name of Trust:_____

      (v)  Has Proposed Representative provided writen consent? . . . . . . ☐Yes ☐No

           If no, has Proposed Representative declined in writing to
           act in the representative capacity as requested? . . . . . . . . . . . . . . ☐Yes ☐No

           If Proposed Representative has neither consented to act in writing nor declined
           in writing to act, provide date of the letter in which Proposed Representative
           was notified that he or she is to represent another person or class of interested
           parties: _____

C.  Identify each party who is not *sui juris* (*e.g.*, minors or incapacitated persons).
    For each such party, give date of birth, the name of each Guardian and how each
    Guardian was appointed. If no Guardian has been appointed, identify the next of kin
    of such party, giving the name, address and relationship of each.

_____
_____
_____
_____
_____
_____

D.  State why a Petition for Guardian/Trustee *Ad Litem* has or has not been filed
    *(see Pa. O.C. Rule 5.5)*.

_____
_____
_____
_____
_____
_____

E.  If distribution is to be made to the personal representative of a deceased party,
    state date of death, date and place of grant of Letters and type of Letters granted

_____
_____
_____
_____
_____
_____

Name of Trust:_____

17. If Petitioner(s) has/have knowledge that a Trust share has been assigned, renounced, disclaimed or attached, provide a copy of the assignment, renunciation, disclaimer or attachment, together with any relevant supporting documentation.

_____
_____
_____
_____
_____

18. If a Trustee's principal commission is claimed:

    A. If based on a written agreement, attach a copy thereof.

    B. If a principal commission is claimed, state amount. $_____

    C. If a principal commission is claimed, state the amounts and dates of any principal commissions previously paid in prior accounting periods.

_____       _____
_____       _____
_____       _____
_____       _____

19. If a reserve is requested, state amount and purpose.

*Amount:* _____

*Purpose:* _____
_____
_____
_____

If a reserve is requested for counsel fees, has notice of the amount of fees to be paid from the reserve been given to the interested parties? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .☐ Yes  ☐ No

    If so, attach a copy of the notice.

20. If prescribed by local rule as permitted by Pa. O.C. Rule 2.9, is the Court being asked to direct the filing of a Schedule of Distribution? . . . ☐ Yes  ☐ No

Name of Trust:_____

       Wherefore, your Petitioner(s) ask(s) that distribution be awarded to the parties entitled and suggest(s) that the distributive shares of income and principal (residuary shares being stated in proportions, not amounts) are as follows:

   A.  Income:

*Proposed Distributee(s)*                           *Amount/Proportion*

_____     _____

_____     _____

_____     _____

   B.  Principal:

*Proposed Distributee(s)*                           *Amount/Proportion*

_____     _____

_____     _____

_____     _____

**Submitted By:**
*(All petitioners **must** sign. Place additional signatures on attachment if necessary):*

Corporate Fiduciary (if applicable)

_____     _____
Name of Corporate Fiduciary              Name of Petitioner

_____     _____
Name of Representative and Title        Signature of Petitioner

_____     _____
Signature of Officer/Representative     Name of Petitioner

                                 _____
                                 Signature of Petitioner

Name of Trust: _____

(Verification must be by <strong>at least one</strong> petitioner.)

<strong>Verification for Individual Petitioner</strong>

The undersigned hereby verifies that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).


_____          _____
Date                                        Signature of Petitioner



<strong>Verification for Corporate Petitioner</strong>


The undersigned hereby verifies that *he/she* _____ is *title* _____
of the above-named *name of corporation* _____
and that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).


_____          _____
Date                                        Signature of Representative for Corporate Petitioner



<strong>Certification of Counsel</strong>

The undersigned counsel hereby certifies that the foregoing Petition for Adjudication/ Statement of Proposed Distribution is a true and accurate reproduction of the form Petition authorized by the Supreme Court, and that no changes to the form have been made beyond the responses herein.


_____          _____
Date                                        Signature of Counsel for Petitioner

# GUARDIANSHIP OF INCAPACITATED PERSON

COURT OF COMMON PLEAS OF

ORPHANS' COURT DIVISION

ESTATE OF _____, AN INCAPACITATED PERSON

ACCOUNT OF _____, GUARDIAN

No._____

## PETITION FOR ADJUDICATION /
## STATEMENT OF PROPOSED DISTRIBUTION
## PURSUANT TO Pa. O.C. Rule 2.4

*This form shall be used in all cases involving the Audit or Confirmation of the Account of a Guardian of the Estate of an incapacitated person. If space is insufficient, riders may be attached. Attach the papers required under items 2, 3, and 5, as applicable, and any additional decree or instrument pertinent to the adjudication.*

### *INCLUDE ATTACHMENTS AT THE BACK OF THIS FORM.*

Name of Counsel: _____

Supreme Court I.D. No.: _____

Name of Law Firm: _____

Address: _____

_____

Telephone: _____

Fax: _____

Email: _____

Estate of _____, An Incapacitated Person

1. Name(s) and address(es) of Petitioner(s):

    Petitioner: _____    Petitioner: _____

    *Name:* _____    _____

    *Address:* _____    _____

    _____    _____

    Identify any Guardians of the Estate who have not joined in the Petition for Adjudication/ Statement of Proposed Distribution and/or the Account and state reason:

    _____

    _____

    _____

    _____

2. Judicial District or County issuing Adjudication of Incapacity: _____

    Date of Adjudication of Incapacity:_____

    Date of Appointment as Guardian: _____

    Attach copy(ies) of Decree(s).

3. A. Explain the reason for filing this Account (if incapacitated person has died, state date of death, name and address of personal representative and of his or her counsel and attach a Short Certificate if available. If incapacitated person has been adjudged to have regained capacity, state date of Decree and attach a copy. If Account is filed for any other reason, state address of incapacitated person):

    _____

    _____

    _____

    _____

    B . Is this the first accounting for this estate? . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

    If not, identify prior accountings, the accounting periods covered, and the dates of adjudication of the prior accountings.

    _____

    _____

4. A. Identify each unpaid claim against the incapacitated person or the incapacitated person's estate and describe each in detail *(if none, so state):*

    _____

    _____

    _____

    _____

Estate of _____, An Incapacitated Person

B.  Describe in detail any questions requiring adjudication and state the position of the Petitioner(s) as to each question:

_____
_____
_____
_____

C.  If guardian or attorney fees are being claimed, state amount and the period covered for the requested fees:

_____
_____
_____
_____

5.  Written Notice of the Account's filing as required by Pa. O.C. Rule 2.5 has been or will be given to all interested parties listed in item 6 below. In addition, notice of any known unpaid claim not admitted, all questions requiring adjudication and any requested fees as discussed in item 4 above has been or will be given to all persons affected thereby.

A.  If Notice has been given, attach a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice.

B.  If Notice is yet to be given, a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions together with a statement executed by a Petitioner or counsel certifying that such Notice has been given.

C.  If any such interested party is not *sui juris* (e.g., minors or incapacitated persons), Notice of the Account's filing has been or will be given to the appropriate representative on such party's behalf as required by Pa. O.C. Rule 4.2.

Estate of _____, An Incapacitated Person

6.  List all parties of whom Petitioner(s) has/have notice or knowledge, having or claiming any interest in the estate, including the incapacitated person's heirs at law. This list shall:

   A. State each party's relationship to the incapacitated person and the nature of each party's interest(s):

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

   B. Identify each party who is not *sui juris* (e.g., minors or incapacitated persons). For each such party, give date of birth, the name of each Guardian and how each Guardian was appointed. If no Guardian has been appointed, identify the next of kin of such party, giving the name, address and relationship of each.

   _____
   _____
   _____
   _____

   C. State why a Petition for Guardian/Trustee *Ad Litem* has or has not been filed *(see Pa. O.C. Rule 5.5)*.

   _____
   _____
   _____

7.  If prescribed by local rule as permitted by Pa. O.C. Rule 2.9, is the Court being asked to direct the filing of a Schedule of Distribution? ...... ☐ Yes ☐ No

Estate of _____, An Incapacitated Person

Wherefore, your Petitioner(s) ask(s) that distribution be awarded to the parties entitled and suggest(s) that the distributive shares of income and principal (residuary shares being stated in proportions, not amounts) are as follows:

A. Income:

*Proposed Distributee(s)*                                      *Amount/Proportion*

_____          _____

_____          _____


B. Principal:

*Proposed Distributee(s)*                                      *Amount/Proportion*

_____          _____

_____          _____


Submitted By:
*(**All** petitioners **must** sign.  Place additional signatures on attachment if necessary):*

Corporate Fiduciary (if applicable)


_____          _____
Name of Corporate Fiduciary                              Name of Petitioner


_____          _____
Name of Representative and Title                         Signature of Petitioner


_____          _____
Signature of Officer/Representative                      Name of Petitioner


                                                                    _____
                                                                    Signature of Petitioner

Estate of _____ , An Incapacitated Person

(Verification must be by **at least one** petitioner.)

**Verification for Individual Petitioner**

The undersigned hereby verifies that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____         _____
Date                              Signature of Petitioner

**Verification for Corporate Petitioner**

The undersigned hereby verifies that *he/she* _____ is *title* _____
of the above-named *name of corporation* _____
and that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____         _____
Date                              Signature of Representative for Corporate Petitioner

**Certification of Counsel**

The undersigned counsel hereby certifies that the foregoing Petition for Adjudication/ Statement of Proposed Distribution is a true and accurate reproduction of the form Petition authorized by the Supreme Court, and that no changes to the form have been made beyond the responses herein.

_____         _____
Date                              Signature of Counsel for Petitioner

# GUARDIANSHIP OF MINOR

## COURT OF COMMON PLEAS OF

## ORPHANS' COURT DIVISION

ESTATE OF _____ , A MINOR

ACCOUNT OF _____ , GUARDIAN

No. _____

## PETITION FOR ADJUDICATION /
## STATEMENT OF PROPOSED DISTRIBUTION
## PURSUANT TO Pa. O.C. Rule 2.4

*This form shall be used in all cases involving the Audit or Confirmation of the Account of a Guardian of the Estate of a minor or late minor. If space is insufficient, riders may be attached. Attach the papers required under items 2 and 5, as applicable, and any instrument pertinent to the adjudication.*

### *INCLUDE ATTACHMENTS AT THE BACK OF THIS FORM.*

Name of Counsel: _____

Supreme Court I.D. No.: _____

Name of Law Firm: _____

Address: _____

_____

Telephone: _____

Fax: _____

Email: _____

Estate of _____ , A Minor

1. Name(s) and address(es) of Petitioner(s):

Petitioner: _____     Petitioner: _____

*Name:* _____     _____

*Address:* _____     _____

_____     _____

Identify any Guardian of the Estate who have not joined in the Petition for Adjudication/Statement of Proposed Distribution and/or the Account and state reason:

_____

_____

_____

_____

2. Judicial District or County Appointing Guardian: _____

Date of Appointment as Guardian: _____
Attach copy(ies) of Decree(s).

3. A. Explain the reason for filing this Account (if minor has come of age, state date minor attained majority).

_____

_____

_____

_____

_____

B. Is this the first accounting for this estate? . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

If not, identify prior accountings, the accounting periods covered, and the dates of adjudication of the prior accountings.

_____

_____

_____

4. A. Identify each unpaid claim against the minor or the minor's estate and describe in detail *(if none, so state)*:

_____

_____

_____

_____

Estate of _____, A Minor

    B. Describe in detail any questions requiring adjudication and state the position of the Petitioner(s) as to each question:

_____
_____
_____
_____

    C. If guardian or attorney fees are being claimed, state amount and the period covered for the requested fees:

_____
_____
_____
_____

5.   Written Notice of the Account's filing as required by Pa. O.C. Rule 2.5 has been or will be given to all interested parties listed in item 6 below. In addition, notice of any unpaid claim not admitted, all questions requiring adjudication, and any requested fees as discussed in item 4 above has been or will be given to all persons affected thereby.

    A. If Notice has been given, attach a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice.

    B. If Notice is yet to be given, a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions together with a statement executed by a Petitioner or counsel certifying that such Notice has been given.

    C. If any such interested party is not *sui juris* (e.g., minors or incapacitated persons), Notice of the Account's filing has been or will be given to the appropriate representative on such party's behalf as required by Pa. O.C. Rule 4.2.

6. List all parties of whom Petitioner(s) has/have notice or knowledge, having or claiming any interest in the estate, including the minor's heirs at law. This list shall:

    A. State each party's relationship to the minor and the nature of each party's interest(s):

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

    B. Identify each party who is not *sui juris* (e.g., minors or incapacitated persons). For each such party, give date of birth, the name of each Guardian and how each Guardian was appointed. If no Guardian has been appointed, identify the next of kin of such party, giving the name, address and relationship of each.

_____

_____

_____

_____

    C. State why a Petition for Guardian/Trustee *Ad Litem* has or has not been filed *(see Pa. O.C. Rule 5.5).*

_____

_____

_____

_____

7. If prescribed by local rule as permitted by Pa. O.C. Rule 2.9, is the Court being asked to direct the filing of a Schedule of Distribution? . . . . . . ☐ Yes ☐ No

Estate of _____ , A Minor

Wherefore, your Petitioner(s) ask(s) that distribution be awarded to the parties entitled and suggest(s) that the distributive shares of income and principal (residuary shares being stated in proportions, not amounts) are as follows:

A.  Income:

*Proposed Distributee(s)*                                                     *Amount/Proportion*

_____          _____

_____          _____

B.  Principal:

*Proposed Distributee(s)*                                                     *Amount/Proportion*

_____          _____

_____          _____

Submitted By:
*(All petitioners must sign. Place additional signatures on attachment if necessary):*

Corporate Fiduciary (if applicable)

_____          _____
Name of Corporate Fiduciary                    Name of Petitioner

_____          _____
Name of Representative and Title              Signature of Petitioner

_____          _____
Signature of Officer/Representative           Name of Petitioner

                                                        _____
                                                        Signature of Petitioner

Estate of _____ , A Minor

(Verification must be by **at least one** petitioner.)

**Verification for Individual Petitioner**

The undersigned hereby verifies that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____          _____
Date                                                              Signature of Petitioner

**Verification for Corporate Petitioner**

The undersigned hereby verifies that *he/she* _____ is *title* _____ of the above-named *name of corporation* _____
and that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____          _____
Date                                                              Signature of Representative for Corporate Petitioner

**Certification of Counsel**

The undersigned counsel hereby certifies that the foregoing Petition for Adjudication/ Statement of Proposed Distribution is a true and accurate reproduction of the form Petition authorized by the Supreme Court, and that no changes to the form have been made beyond the responses herein.

_____          _____
Date                                                              Signature of Counsel for Petitioner

# PRINCIPAL'S ESTATE

## (Under Power of Attorney)

COURT OF COMMON PLEAS OF

ORPHANS' COURT DIVISION

ESTATE OF _____, PRINCIPAL

ACCOUNT OF _____, AGENT(S) *

No._____

## PETITION FOR ADJUDICATION /
## STATEMENT OF PROPOSED DISTRIBUTION
## PURSUANT TO Pa. O.C. Rule 2.4

*This form shall be used in all cases involving the Audit or Confirmation of the Account of one or more Agents acting under a Power of Attorney. If space is insufficient, riders may be attached. Attach the papers required under items 3, 4 and 9, as applicable, and any instrument pertinent to the adjudication.*

## *INCLUDE ATTACHMENTS AT THE BACK OF THIS FORM.*

Name of Counsel:_____

Supreme Court I.D. No.:_____

Name of Law Firm:_____

Address:_____

_____

Telephone:_____

Fax:_____

Email: _____

\* *The term "Agent" shall include any person designated as an "attorney-in-fact" or acting in a similar capacity by the Principal's delegation.*

Estate of _____, Principal

1.  Name(s) and address(es) of Petitioner(s):

    Petitioner:                          Petitioner:

    *Name:* _____    _____

    *Address:* _____   _____

    _____            _____

    Name(s) and address(es) of Agent(s) (if not Petitioner(s)):

    Agent:                               Agent:

    *Name:* _____    _____

    *Address:* _____   _____

    _____            _____

    Identify any Agents who have not joined in the Petition for Adjudication/Statement
    of Proposed Distribution and/or the Account and state reason:

    _____
    _____
    _____
    _____
    _____
    _____

2.  Name and address of Principal (and, if applicable, of any Guardian appointed for Principal,
    of each personal representative for any Principal or Agent who has died, and of his or her
    counsel, identifying the capacity of each):

    _____
    _____
    _____
    _____
    _____
    _____

    Judicial District or County where Principal resides, or if Principal is deceased, where Letters
    were issued: _____

3.  A.  Date of Principal's Power of Attorney under which Agent(s) acted:

        _____

    B.  Date Agent(s) first exercised control of Principal's assets under Power of Attorney:

        _____

        (Attach copy of each different Power of Attorney granted to Agent(s) by
        Principal and copy of any Decree involving Agent(s) for Principal).

Estate of _____ , Principal

4.  A. Explain the reason for filing this Account (if Principal or Agent has died, state date of death, and attach a Short Certificate; if Principal has been adjudicated incapacitated, state date of Decree, and attach a copy):

_____
_____
_____
_____
_____

B. Is this the first accounting for this Principal's estate?........... ☐ Yes   ☐ No

If not, identify prior accountings, the accounting periods covered, and the dates of adjudication of the prior accountings.

_____
_____
_____
_____
_____

5.  Describe all gifts/transfers for less than full and adequate consideration made under the Power of Attorney. Identify each recipient's name, address, and relationship to Principal and/or Agent, amount of each gift/transfer, nature of each (cash or kind), and date made, with any additional explanation deemed appropriate *(if none, so state)*:

_____
_____
_____
_____
_____
_____

6.  Identify every asset or interest (include title or registration and value) of Principal known to Petitioner(s) and not identified in Account, whether or not in possession or control of Petitioner(s) *(if none known, so state)*:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Estate of _____, Principal

7. Identify each existing safe deposit box of or for Principal and each one closed by Agent(s) *(if not applicable, so state)*:

| Institution & Address | Box No. | Title or Registration | Date Closed (if applicable) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Are the entire contents of each safe deposit box identified in item 7
above included in the filed Account? ... ........................ ☐ Yes ☐ No

If not, explain:

_____
_____
_____
_____

8. A. Identify each known unpaid claim against Principal or Principal's estate and describe each in detail *(if none, so state)*:

_____
_____
_____
_____

B. Describe in detail any questions requiring adjudication and state the position of the Petitioner(s) as to each question:

_____
_____
_____
_____

Estate of _____, Principal

    C. If fees are being claimed by the Agent or an attorney, state amount and the period covered for the requested fees:

_____

_____

_____

_____

9.    Written Notice of the Account's filing as required by Pa. O.C. Rule 2.5 has been or will be given to each interested party in the matter. In addition, notice of any known unpaid claim not admitted, all questions requiring adjudication, and any requested fees as described in item 8 above has been or will be given to all parties affected thereby.

    A. If Notice has been given, attach a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice.

    B. If Notice is yet to be given, a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions together with a statement executed by a Petitioner or counsel certifying that such Notice has been given.

    C. If any such interested party is not *sui juris* (e.g., minors or incapacitated persons), Notice of the Account's filing has been or will be given to the appropriate representative on such party's behalf as required by Pa. O.C. Rule 4.2.

10.    List all parties of whom Petitioner(s) has/have notice or knowledge, having or claiming any interest in the Principal's estate. This list shall:

    A. State each party's relationship to the Principal and the nature of each party's interest(s):

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Estate of _____, Principal

    B.  Identify each party who is not *sui juris* (e.g., minors or incapacitated persons). For each such party, give date of birth, the name of each Guardian and how each Guardian was appointed. If no Guardian has been appointed, identify the next of kin of such party, giving the name, address and relationship of each.

_____

_____

_____

_____

    C.  State why a Petition for Guardian/Trustee *Ad Litem* has or has not been filed *(see Pa. O.C. Rule 5.5).*

_____

_____

_____

_____

11.  If prescribed by local rule as permitted by Pa. O.C. Rule 2.9, is the Court being asked to direct the filing of a Schedule of Distribution? . . . . . . ☐ Yes  ☐ No

Estate of _____, Principal

       Wherefore, your Petitioner(s) ask(s) that distribution be awarded to the parties entitled and suggest(s) that the distributive shares of income and principal (residuary shares being stated in proportions, not amounts) are as follows:

A. Income:

*Proposed Distributee(s)*                                                 *Amount/Proportion*

_____       _____

_____       _____

B. Principal:

*Proposed Distributee(s)*                                                 *Amount/Proportion*

_____       _____

_____       _____

Submitted By:
*(**All** petitioners **must** sign. Place additional signatures on attachment if necessary):*

Corporate Fiduciary (if applicable)

_____       _____

Name of Corporate Fiduciary                  Name of Petitioner

_____       _____

Name of Representative and Title             Signature of Petitioner

_____       _____

Signature of Officer/Representative         Name of Petitioner

                                           _____

                                           Signature of Petitioner

Estate of _____ , Principal

(Verification must be by **at least one** petitioner.)

### Verification for Individual Petitioner

The undersigned hereby verifies that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____          _____
Date                                                 Signature of Petitioner

### Verification for Corporate Petitioner

The undersigned hereby verifies that *he/she* _____ is *title* _____
of the above-named *name of corporation* _____
and that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____          _____
Date                                                 Signature of Representative for Corporate Petitioner

### Certification of Counsel

The undersigned counsel hereby certifies that the foregoing Petition for Adjudication/ Statement of Proposed Distribution is a true and accurate reproduction of the form Petition authorized by the Supreme Court, and that no changes to the form have been made beyond the responses herein.

_____          _____
Date                                                 Signature of Counsel for Petitioner

# NOTICE OF CHARITABLE GIFT

## (In Accordance with Pa. O.C. Rule 4.4)

### COURT OF COMMON PLEAS OF

### ORPHANS' COURT DIVISION

ESTATE OF _____, ☐ SETTLOR ☐ DECEASED

No._____

Chief, Charitable Trusts and Organizations Section
Office of the Attorney General

Dear Sir or Madam:

Notice is given of a charitable gift as follows:

1. The nature of the present proceeding is an Account: ☐ Yes ☐ No    If no, please
   proceed to Question 2.
   (a) The Account is filed in a court with a separate Orphans' Court Division and has
   been or will be listed for Audit on _____,
   
   in_____.
   *(State name of Courthouse and town/city.)*

   The time and place of the Audit is Court Room _____ at _____ o'clock.
   If not provided herein, the time and location will be provided upon request when that
   information becomes available.

   (b) The Account is filed in a court without a separate Orphans' Court Division, and the
   last day for filing written objections is _____, at
   _____ o'clock.

   Any objection shall be filed with _____
   on or before the date and time above.    *(State name of Courthouse and town/city.)*

   (c) The Account concerns an estate or trust in which a charity has an interest or is a
   potential distributee. ☐ Yes    ☐ No

   If NO, the Account concerns an estate or trust in which all or part of the balance of
   assets remaining on hand will be distributed to:

   ☐ an estate in which a charity has an interest; or

   ☐ a trust in which a charity is named as a qualified beneficiary as defined in
   20 Pa.C.S. § 7703.

---

**\* If more space is required, attach additional sheets.**

2.  If the proceedings are other than an Account, state the nature of the proceedings and the place, date and time fixed for hearing:

_____

_____

_____

_____

3.  Charitable gifts are made as follows:

(a)  Give full names and addresses of charities, and the names and addresses of counsel for any charity who has received notice or has appeared for it:

_____

_____

_____

_____

_____

_____

(b)  If pecuniary legacies, state exact amounts and indicate whether legacies will be or have been paid in full; if not, give reasons therefor.

_____

_____

_____

_____

_____

_____

(c)  If the charitable interest is a future interest and the estimated present value of the charity's future interest exceeds $25,000, a brief description thereof including the conditions precedent to its vesting in enjoyment and possession, the names and ages of persons known to have interests preceding such charitable interest, and the approximate market value of the property involved.

_____

_____

_____

_____

_____

_____

(d) If residuary gift, state nature and value of share.

_____
_____
_____
_____
_____
_____

4. Provide a brief statement of all pertinent questions to be presented to the Court for adjudication or other disposition, including unresolved claims and any material questions of interpretation or distribution which may affect the value of the charitable interest.

_____
_____
_____
_____
_____
_____
_____

5. The names and addresses of the fiduciaries are (state whether Executors and/or Trustees):

_____
_____
_____
_____
_____
_____

6. The names and addresses of counsel for the fiduciaries:

_____
_____
_____
_____
_____
_____

7.  (a) A copy of the instrument creating the gift is attached hereto.

    (b) If the gift is other than a pecuniary legacy which will be paid in full, there is attached hereto:

        (1) A copy of the Account, if one has been filed

        (2) A copy of any other relevant documents

Very truly yours,

_____        _____
Date                               Signature

                                        _____
                                        Name of Counsel

                                        _____
                                        Supreme Court I.D. No.

                                          _____
                                        Name of Law Firm

                                        _____
                                        Address

                                        _____

                                        _____
                                        Telephone

                                        _____
                                        Email

# RENUNCIATION

## REGISTER OF WILLS

Estate of _____ , Deceased

The undersigned, _____ , in the capacity/relationship as
    *(Name or Corporate Name)*
_____ of the above Decedent, hereby renounces the right to administer
the Estate of the Decedent and, to the extent permitted by law pursuant to 20 Pa.C.S. § 3155, respectfully
requests that Letters be issued to _____ .

_____
*(Date)*

Name or Corporate Fiduciary (if applicable)

_____         _____
Signature of Officer/Representative                      Signature of Person

_____         _____
Title of Officer/Representative                          Address

_____         _____
Address

_____         _____
                                                        Telephone

_____         _____
Telephone                                               Email

_____
Email

*Executed in Register's Office*              *Executed out of Register's Office*

Sworn to or affirmed and subscribed          Before the undersigned personally appeared the
before me this _____ day          party executing this Renunciation and certified
of _____, _____.          that he or she executed the Renunciation for the
                                             purposes stated within on this_____day
                                             of _____, _____.

_____         _____
Deputy for Register of Wills                     Notary Public

                                             My Commission Expires:
                                             (Signature and Seal of Notary or other official qualified to
                                             administer oaths. Show date of expiration of Notary's Commission.)

*Form RW-06  eff. 09.01.16*

# IMPORTANT NOTICE

## NOTICE OF ESTATE ADMINISTRATION
## PURSUANT TO Pa. O.C. Rule 10.5

### THIS NOTICE DOES NOT MEAN THAT YOU WILL RECEIVE ANY MONEY OR PROPERTY FROM THIS ESTATE OR OTHERWISE

*Whether you will receive any money or property will be determined wholly or partly by the decedent's will. If the decedent died without a will, whether you will receive any money or property will be determined by the intestacy laws of Pennsylvania.*

BEFORE THE REGISTER OF WILLS,

IN RE: ESTATE OF_____, Deceased

File Number _____

TO: _____(Beneficiary)

_____(Address)

Please take notice of the death of the Decedent and the grant of Letters to the personal representative(s) named below. The Decedent died on _____, a resident of

The Decedent died: _____ ☐ testate (with a Will) or ☐ intestate (without a Will).

You may have a beneficial interest in the estate as follows:

_____

_____

(If additional space is needed, use separate sheet)

The name(s), address(es) and telephone number(s) of all personal representatives appointed are:

| NAME | ADDRESS | TELEPHONE |
|---|---|---|
| | | |
| | | |

If the Decedent died testate, the Will has been filed with the Office of the Register of Wills of

If the Decedent died intestate, a Petition for the Grant of Letters of Administration was filed with the Office of the Register of Wills of

The Register's address is _____,
and telephone number is _____.

A copy of the Will or Petition may be obtained by contacting the Register of Wills and paying the charges for duplication.

Date _____    Capacity: ☐ Personal Representative  ☐ Counsel

Corporate Fiduciary (if applicable)

_____
Name of Corporate Fiduciary

_____
Name of Representative and Title

_____
Address

_____

_____
Telephone

_____
Email

_____
Signature of Officer/Representative

_____
Name of Person

_____
Address

_____

_____
Telephone

_____
Email

_____
Signature of Person

*Form RW-07 eff. 09.01.16*

# CERTIFICATION OF NOTICE UNDER Pa. O.C. Rule 10.5

## REGISTER OF WILLS

Name of Decedent:_____

Date of Death:_____ File Number:_____

Date Letters Granted:_____

To the Register:

I certify that Notice of Estate Administration required by Pa. O.C. Rule 10.5 of the Orphans' Court

Rules was served on or mailed to the following beneficiaries of the above-captioned estate on

_____, _____ :

Name:                                          Address:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

*(If more space is needed, attach separate sheet.)*

Notice has now been given to all persons entitled thereto under Pa. O.C. Rule 10.5 except:

_____

Date _____          Capacity: ☐ Personal Representative ☐ Counsel

Corporate Fiduciary (if applicable)

_____          _____
Name of Corporate Fiduciary                Name of Person

_____          _____
Name of Representative and Title            Address

_____          _____
Address

_____          _____
                                           Telephone

_____          _____
Telephone                                  Email

_____
Email

_____          _____
Signature of Officer/Representative         Signature of Person

*Form RW-08 eff. 09.01.16*

# INVENTORY
## REGISTER OF WILLS OF

COMMONWEALTH OF PENNSYLVANIA  } SS       File Number _____
County of

The undersigned, _____ , Personal
Representative(s) of the Estate of _____
deceased, depose(s) and say(s) that the items appearing in the following Inventory include all of the personal assets wherever situated and all of the real estate in the Commonwealth of Pennsylvania of said Decedent, that the valuation placed opposite each item of said Inventory represents its fair value as of the date of Decedent's death, and that Decedent owned no real estate outside of the Commowealth of Pennsylvania except that which appears in a memorandum at the end of this Inventory.

I verify that the statements made in this Inventory are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Corporate Fiduciary (if applicable)

_____      _____
Name of Corporate Fiduciary     Signature of Personal Representative

_____      _____
Name of Representative and Title     Signature of Personal Representative

_____      _____
Signature of Officer/Representative     Date

**Attorney --** (Name) _____ (Supreme Court I.D. No.) _____

(Name of Law Firm) _____

(Address) _____

_____

(Telephone) _____

(Email) _____

| DATE OF DEATH | LAST RESIDENCE | DECEDENT'S SOC. SEC. NO. |
|---|---|---|
| | | |

| FIGURES MUST BE TOTALED | |
|---|---|
| | |

*(Attach additional sheets as needed)*

| | TOTAL: | $0.00 |
|---|---|---|

NOTE: The Memorandum of real estate outside the Commonwealth of Pennsylvania may, at the election of the personal representative, include the value of each item, but such figures should not be extended into the total of the Inventory. *(See 20 Pa. C.S. § 3301(b))*

*Form RW-09 eff. 09.01.16*

# Pa. O.C. Rule 10.6 STATUS REPORT

## REGISTER OF WILLS OF

Name of Decedent:_____

Date of Death:_____ File Number:_____

Pursuant to Pa. O.C. Rule 10.6, I report the following with respect to completion of the administration of the above-captioned estate:

1. State whether administration of the estate is complete: ...................... ☐Yes ☐No

2. If the answer is No, state when the personal representative reasonably believes that the administration will be complete:

_____

3. If the answer to No. 1 is YES, state the following:

   a. Did the personal representative file a final account with the Court? ......... ☐Yes ☐No

   b. The separate Orphans' Court No. (if any) for the personal representative's account is:

_____

   c. Did the personal representative state an account informally to the parties in interest? ............................... ☐Yes ☐No

   d. Copies of receipts, releases, joinders and approvals of formal or informal accounts may be filed with the Clerk of the Orphans' Court or may be attached to this report.

Date _____          Capacity: ☐ Personal Representative ☐ Counsel

Corporate Fiduciary (if applicable)

_____          _____
Name of Corporate Fiduciary          Name of Person

_____          _____
Name of Representative and Title          Address

_____          _____
Address

_____          _____
                                    Telephone

_____          _____
Telephone                            Email

_____
Email

_____          _____
Signature of Officer/Representative          Signature of Person

*Form RW-10  eff. 09.01.16*